**SO ORDERED.**

**SIGNED this 2nd day of August, 2017.**

_____
BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE

_____

C-13-16(FTP)
(Rev. 6/04)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | **ORDER** |
| Briggs, Kristie Dawn   xxx-xx-1810 | ) | |
| 6 Hidden Valley Court | ) | Case No:  16-10526 C-13G |
| Greensboro, NC 27407 | ) | |
| Debtor. | ) | |

    This case came before the Court for hearing on July 25, 2017, on the Motion filed by the Debtor to modify the plan to reduce plan payment and to extend the time to sell real property and for attorney fees in reference to the Motion. All necessary parties having been given adequate notice of the Motion and hearing, at the hearing the attorney for the Debtor appeared and the attorney for the Trustee appeared.

    The Court finds after hearing on the Motion to modify the plan that the Debtor proposes to modify the plan with respect to U.S. Bank Trust, N.A., secured by a lien against real property commonly known as 6 Hidden Valley Court, Greensboro, NC ("real property"), to allow the Debtor through and including September 30, 2017, to sell the real property with an Order to be filed after September 30, 2017, modifying the automatic stay as to the real property and U.S. Bank Trust, N.A., in order for U.S. Bank Trust, N.A., to liquidate the real property and allowing a period of 180 days from entry of such Order to liquidate the real property and file any documented deficiency claim. The Court further finds the Debtor proposes to modify the plan with plan payment to continue at $300.00 per month effective July 2017 forward. The Court further finds cause exists to grant the Motion to modify the plan as to U.S. Bank Trust, N.A., and the real property securing the debt with US Bank, N.A., and to modify plan payment to $300.00 per month effective July 2017 forward. The Court further finds the attorney for the Debtor should be allowed a fee in the amount of $250.00 in reference to the Motion with the $250.00 fee to be paid through the disbursements by the Trustee; therefore, it is

    ORDERED that the Motion by the Debtor to modify the plan is granted as to U.S. Bank Trust, N.A., and the real property securing the debt with US Bank, N.A., with the Debtor allowed through and including September 30, 2017, to sell the real property with an Order to be filed after September 30, 2017, modifying the automatic stay as to

the real property and U.S. Bank Trust, N.A., in order for U.S. Bank Trust, N.A., to liquidate the real property and allowing a period of 180 days from entry of such Order to liquidate the real property and file any documented deficiency claim; and, it is further

      ORDERED that the plan payment is modified to $300.00 per month effective July 2017 forward; and, it is further

      ORDERED that the attorney for the Debtor is allowed a fee in the amount of $250.00 in reference to the Motion with the $250.00 fee to be paid through the disbursements by the Trustee.

END OF DOCUMENT

<u>PARTIES TO BE SERVED</u>
PAGE 1 OF 1
16-10526 C-13G

**ALL PARTIES OF RECORD AS OF THE DATE OF THE ORDER
SHALL BE SERVED BY THE BANKRUPTCY NOTICING CENTER**