**SO ORDERED.**

**SIGNED this 3rd day of October, 2017.**



_____
BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE

---

C-13-15(c)(ECF)
(Rev. 11/04)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | **Motion and Order** |
| Briggs, Kristie Dawn      xxx-xx-1810 | ) | **Chapter 13** |
| 6 Hidden Valley Court | ) | |
| Greensboro, NC 27407 | ) | Case No: 16-10526 C-13G |
| | ) | |
| Debtor. | ) | |

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

  This plan was confirmed November 29, 2016.  By Order of the Court of August 2, 2017, the Debtor was allowed through and including September 30, 2017, to sell real property commonly known as 6 Hidden Valley Court, Greensboro, NC ("real property") with an Order to be filed after September 30, 2017, if the real property was not sold modifying the automatic stay as to the real property and US Bank Trust, N.A., in order for US Bank Trust, N.A., to liquidate the real property and allowing a period of 180 days to liquidate the real property and file any documented deficiency claim.  The Trustee is informed and believes the Debtor has not sold the real property as of September 30, 2017.  The Trustee recommends that an Order be entered modifying the §362 Stay as to US Bank Trust, N.A., and the real property with the real property released for liquidation in satisfaction of the secured claim of US Bank Trust, N.A., and US Bank Trust, N.A., allowed 180 days to file a documented deficiency claim based on liquidation of the real property which if timely filed will be scheduled as an unsecured non-priority claim.


Date:  October 2, 2017           s/Anita Jo Kinlaw Troxler_____
AJKT:pw                 Standing Trustee

------------------------------------------------------------------------------------------------------------------------

## ORDER

Upon motion of the Standing Trustee and for good cause shown, it is

ORDERED that the relief as requested and recommended by the Standing Trustee is hereby granted and the §362 Stay modified as to US Bank Trust, N.A., and the real property with the real property released for liquidation in satisfaction of the secured claim of US Bank Trust, N.A., and US Bank Trust, N.A., allowed 180 days to file a documented deficiency claim based on liquidation of the real property which if timely filed will be scheduled as an unsecured non-priority claim; and, it is further

ORDERED that the Clerk mail a copy of this Motion and Order to each of the parties on the attached Parties to be Served list.

END OF DOCUMENT

<u>PARTIES TO BE SERVED</u>
PAGE 1 OF 1
16-10526 C-13G

ANITA JO KINLAW TROXLER
STANDING TRUSTEE
PO BOX 1720
GREENSBORO NC 27402-1720

KRISTIE DAWN BRIGGS
6 HIDDEN VALLEY CT
GREENSBORO NC 27407

TOMMY S BLALOCK III ESQ
BLALOCK LAW OFFICES PA
620 GREEN VALLEY RD STE 209
GREENSBORO NC 27408

SEAN M CORCORAN
BROCK & SCOTT PLLC
5121 PARKWAY PLAZA BLVD
CHARLOTTE NC 28217

U.S. BANK TRUST NA AS TRUSTEE FOR
LSF9 MASTER
13801 WIRELESS WAY
OKLAHOMA CITY OK 73134