C-13-15(a)Motion
(Rev. 10/06)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| In Re: | ) | **Motion and Notice** |
| | ) | **Chapter 13** |
| BRIGGS, KRISTIE DAWN   xxx-xx-1810 | ) | |
| 6 HIDDEN VALLEY CT | ) | No:   16-10526   C-13G |
| GREENSBORO, NC 27407 | ) | |
| | ) | |
| Debtor | ) | |

The undersigned Standing Trustee respectfully moves the Court for an Order as follows:

This Plan was confirmed November 29, 2016.  By Order of the Court of October 3, 2017 the Debtor's residential real property commonly known as 6 Hidden Valley Ct, Greensboro, NC ("real property") was released for liquidation in satisfaction of the secured claim of US Bank Trust, NA.  By Order of the Court of August 2, 2017 the Debtor's plan payment was established at $300.00 per month.  The Trustee is informed and believes that the Debtor continues to reside at the real property.  The Trustee recommends that an Order be entered modifying the Debtor's plan with the plan payment to increase to $400.00 per month effective February 2019 unless on or before January 31, 2019 the Debtor files a Notice of Change of Residential Address and provides the Chapter 13 Trustee with evidence of the Debtor's residence.  The Trustee further recommends that should the Debtor file a Notice of Change of Residential Address on or before January 31, 2019 and provide evidence to the Chapter 13 Trustee of the Debtor's residence that the plan payment continue at $300.00 per month February 2019 forward.

Date:   October 12, 2018                                                                                       s/Anita Jo Kinlaw Troxler
AJKT:lac                                                                                                                Standing Trustee

-------------------------------------------------------------------------------------------------------------------------------------------------

**NOTICE**

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before  November 13, 2018   with the parties named on the attached Parties To Be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*
*Greensboro, NC 27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing.  If objections are timely filed, a hearing on the motion will be held on  December 11, 2018  at 2:00 p.m., in the following location:

*Courtroom #1*
*Second Floor*
*101 S. Edgeworth Street*
*Greensboro, NC 27401*

Date:   **October 12, 2018**                                                                                       OFFICE OF THE CLERK
                                                                                                                                   U.S. Bankruptcy Court

<u>PARTIES TO BE SERVED</u>
PAGE 1 OF 1
16-10526 C-13G

ANITA JO KINLAW TROXLER
STANDING TRUSTEE
PO BOX 1720
GREENSBORO NC 27402-1720

KRISTIE DAWN BRIGGS
6 HIDDEN VALLEY CT
GREENSBORO, NC 27407

TOMMY S BLALOCK III ESQ
BLALOCK LAW OFFICES PA
620 GREEN VALLEY RD STE 209
GREENSBORO, NC 27408