**SO ORDERED.**

**SIGNED this 20th day of November, 2018.**



_____
BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE

_____

C-13-15A(Order)
(Rev. 11/06)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| BRIGGS, KRISTIE DAWN     xxx-xx-1810 | ) | |
| 6 HIDDEN VALLEY CT | ) | No:   16-10526   C-13G |
| GREENSBORO, NC 27407 | ) | |
| | ) | |
| Debtor | ) | |

## ORDER

    This matter coming before the Court upon the motion of Anita Jo Kinlaw Troxler, Trustee for the above-referenced Debtor, for an Order to be entered modifying the Debtor's plan with the plan payment to increase to $400.00 per month effective February 2019 unless on or before January 31, 2019 the Debtor files a Notice of Change of Residential Address and provides the Chapter 13 Trustee with evidence of the Debtor's residence; and, that should the Debtor file a Notice of Change of Residential Address on or before January 31, 2019 and provide evidence to the Chapter 13 Trustee of the Debtor's residence that the plan payment continue at $300.00 per month February 2019 forward; and there being no filed objection to the Motion within the time period set forth in the Notice issued on October 12, 2018 by the Clerk of Court setting November 13, 2018 as the deadline for filing objections to the motion and the Court, after considering the motion, finds the motion should be allowed; therefore, it is

    ORDERED, that the Debtor's plan is modified with the plan payment increased to $400.00 per month effective February 2019 unless on or before January 31, 2019 the Debtor files a Notice of Change of Residential Address and provides the Chapter 13 Trustee with evidence of the Debtor's residence; and, it is further,

    ORDERED, that should the Debtor file a Notice of Change of Residential Address on or before January 31, 2019 and provide evidence to the Chapter 13 Trustee of the Debtor's residence the plan payment is to continue at $300.00 per month February 2019 forward.

END OF DOCUMENT

PARTIES TO BE SERVED
PAGE 1 OF 1
16-10526 C-13G

ANITA JO KINLAW TROXLER
STANDING TRUSTEE
PO BOX 1720
GREENSBORO NC 27402-1720

KRISTIE DAWN BRIGGS
6 HIDDEN VALLEY CT
GREENSBORO, NC 27407

TOMMY S BLALOCK III ESQ
BLALOCK LAW OFFICES PA
620 GREEN VALLEY RD STE 209
GREENSBORO, NC 27408